UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
OCT 09 2019
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
v. ) CAUSE NO. 1:19-cr-0278-JPH-TAB
)
RAMON SOLIS, ) -03
)
    Defendant. )

## PENALTY SHEET

You have been charged in a Superseding Indictment with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | 21 U.S.C. §§ 846 and 841(a)(1) Conspiracy to Distribute Controlled Substances | 10-Life | NMT $10,000,000 | NLT 5 years |
| 3 | 21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 18 U.S.C. § 2 Distribution of a Mixture or Substance Containing Fentanyl | 0-20 | NMT $1,000,000 | NLT 3 years |

Dated: _____      _____
                                               RAMON SOLIS
                                               Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana